James Garfield Purdy, Respondent, v. Thomas J. Blain, Appellant.— Order affirmed on reargument, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George H. Rice Company, Respondent, v. Louis Saul, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, for error in the exclusion of evidence of the conversation offered to be proven at page 55 of the minutes. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

William See, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr and Rich, JJ., concurred; Hirschberg and Woodward, JJ., dissented.

H. Bridgman Smith and Company, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Josephine M. Stern and Julius C. Bernheim, as Executors, etc., of Moses Stern, Deceased, Appellants, v. William A. Conley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Frances Stuart, Respondent, v. John Englis, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Charles B. Steuerwald, Appellant, v. Benjamin Sitomer, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Title Guarantee and Trust Company, Appellant, v. David Provost, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Woodward and Rich, JJ., concurred; Carr, J., not voting.

J. H. White Manufacturing Company, Respondent, v. Samuel Teichman, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Catherine Hayes, Respondent, v. Edmond J. Hayes, Appellant.— Motion to vacate order dismissing appeal granted, on condition that within ten days appellant pay to respondent twenty-five dollars costs, perfect the appeal and place it on the next calendar. Motion for stay granted on condition that defendant give a proper undertaking to pay the arrears of alimony, in the event that the order adjudging him in contempt be affirmed. Present—Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ. Order to be settled before Mr. Justice Carr.

Emma C. Metz, Respondent, v. Manhattan Beach Bathing Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Town of Pelham, Appellant, v. John M. Shinn, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.